STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CM03-1612 consolidated with CA-1665


REGIONS BANK

VERSUS

NORRIS RADER OF LAFAYETTE, INC., ET AL


********** 


APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NUMBER 98747
HONORABLE PAUL J. DEMAHY, DISTRICT JUDGE

**********


BILLIE COLOMBARO WOODARD
JUDGE

**********


Court composed of Billie Colombaro Woodard, Marc T. Amy, and Elizabeth A. Pickett, Judges.

**MOTION GRANTED - APPEAL REMANDED WITH INSTRUCTIONS.**

Jeffrey Ackermann
Durio, McGofin, Stagg & Ackerman
220 Heymann Boulevard
Lafayette, Louisiana 70503
(337) 233-0300
COUNSEL FOR PLAINTIFF/APPELLEE:
     Mega Properties, L.L.C. (Substituted party for Regions Bank)

Warren D. Rush
Rush, Rush & Calogero
Post Office Box 53713
Lafayette, Louisiana 70505
(337) 235-2425
COUNSEL FOR DEFENDANTS/APPELLANTS:
     Norris P. Rader, Sr.
     Patsy Marsalis Rader

WOODARD, Judge.

For the reasons assigned this day in *Regions Bank v. Norris Rader of Lafayette, Inc.*, 03-1665 (La.App. 3 Cir. __/__/04), ___So.2d ___, we grant the Appellants' motion to remand the case and instruct the trial court to complete the remand within ninety days of the finality of this order and return the record to this court. We cast the costs in this matter on Mega Properties, L.L.C.

**MOTION GRANTED - APPEAL REMANDED WITH INSTRUCTIONS.**

2